THOMAS L. ALLEN, APPELLANT, VS. JACOB GRIMLEY, AP-
PELLEE.

Appeal from Circuit Court of Duval county.

*R. B. Archibald*, for Appellant.

*A. W. Cockrell & Son*, for Appellee.

The bill in this case was filed by the complainant against the defendant. There was decree dismissing the bill, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.

THOMAS JACKSON AS EXECUTOR OF THE LAST WILL OF
MARGARET F. CHAETHAM, DECEASED, APPELLANT, VS.
JUDSON W. WHITNEY, ET AL., APPELLEES.

Appeal from Circuit Court of Duval county.

*M. C. Jordan*, for Appellant.

*John C. Cooper*, for Appellees.

The bill in this case was filed by the appellees against the appellant. There was decree for the complainants, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.